O

# United States District Court
# Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>XCAST LABS, INC.,<br><br>Defendant. | Case № 2:23-cv-03646-ODW (JCx)<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO SET ASIDE ENTRY OF DEFAULT [16]** |

On August 3, 2023, Defendant XCast Labs, Inc. moved to set aside entry of default pursuant to Federal Rule of Civil Procedure 55(c). (Mot. Set Aside Entry Default ("Motion" or "Mot."), ECF No. 16.)  On August 11, 2023, Plaintiff United States filed a Notice of Non-Opposition to the Motion. (Notice, ECF No. 18.)

After carefully considering the papers filed in connection with the Motion, the Court deems the matter appropriate for decision without oral argument. Fed. R. Civ. P. 78(b); C.D. Cal. L.R. 7-15.  The United States does not oppose XCast's Motion, and the Court finds that XCast has shown good cause to set aside the entry of default pursuant to Rule 55(c).  Accordingly, the Court **GRANTS** XCast's unopposed Motion to Set Aside Entry of Default.  (ECF No. 16.)

The Court **ORDERS** XCast to file an answer or a motion pursuant to Rule 12 of the Federal Rules of Civil Procedure by **August 21, 2023**.

**IT IS SO ORDERED.**

August 14, 2023

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**