UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

| Case No. | 2:23-cv-03646-ODW (JCx) | Date | September 19, 2024 |
|---|---|---|---|
| Title | *United States of America v. XCast Labs, Inc.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**               **In Chambers**

On December 28, 2023, the Court entered final judgment granting the parties' Stipulated Order for permanent injunction, civil penalty judgment, and other relief entered in favor of Plaintiff. (Stip. Order, ECF No. 38.) Accordingly, this matter has been fully resolved.

**IT IS HEREBY ORDERED** that all dates and deadlines in this action are **VACATED** and taken off calendar. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                                                    ____ : 00
                                                          Initials of Preparer   SE